Same case below, 598 F.3d 778.

**No. 10-6650. Timothy Hines, Petitioner v. United States.**

562 U.S. 1142, 131 S. Ct. 907, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 315.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-6689. Samuel Dartez, Petitioner v. Kansas.**

562 U.S. 1142, 131 S. Ct. 907, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 158.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Kansas denied.

Same case below, 209 P.3d 764.

**No. 10-6701. Eugene Wideman, Jr., Petitioner v. Colorado; and Eugene Wideman, Jr., Petitioner v. Amelia Garcia.**

562 U.S. 1142, 131 S. Ct. 907, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 333.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 743 (first judgment); and 382 Fed. Appx. 741 (second judgment).

**No. 10-6928. Montey Allen Luckey, Petitioner v. Texas.**

562 U.S. 1142, 131 S. Ct. 908, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 224.

January 10, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-6948. Louis Francis, Petitioner v. City of Los Angeles, California, et al.**

562 U.S. 1142, 131 S. Ct. 910, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 434.

January 10, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6952. Waldo Fenner, Petitioner v. Bill Bell, et al.**

562 U.S. 1142, 131 S. Ct. 910, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 451.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 362.

**No. 10-6953. Robert Earl Hackney, Petitioner v. Blaine Lafler, Warden.**

562 U.S. 1142, 131 S. Ct. 910, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 122,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.